IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| TERESA COLE, | ) |
| | ) CIVIL ACTION NO. 1:21-cv-00302 |
| **Plaintiff,** | ) |
| | ) **JUDGE JAMES S GWIN** |
| | ) |
| v. | ) |
| | ) **JOINT NOTICE OF SETTLEMENT** |
| | ) **AND MOTION TO CANCEL** |
| EMBASSY WILLOW PARK, LLC; | ) **MEDIATION** |
| EMBASSY ROYAL OAK, LLC; AND | ) |
| MINUTE MEN SELECT, INC | ) |
| | ) |
| **Defendants.** | |

  The parties have reached a settlement agreement in this matter and anticipate a Notice of Dismissal shall be filed on or before January 15, 2022. The parties therefore jointly move to cancel the December 8, 2021 10:00 am mediation scheduled with Magistrate Judge Jonathan D. Greenberg.

                                                                  Respectfully submitted,

/s/ *Christopher M. Sams*                    /s/ *Kristina Leach*
CHRISTOPHER SAMS (0093713)         KRISTINA LEACH (0099425)
VOUDRIS LAW LLC                              SALSBURY & SALSBURY, LPA
8401 Chagrin Road Suite 8                   5611 Hudson Drive, Suite 400
Chagrin Falls, OH 44023                        Hudson, Ohio 44236
Phone: 440-543-0670                            Phone: 330 655-5760
Fax: 440-543-0721                                 Fax: 330 655-0526
csams@voudrislaw.com                        kleach@salsburylaw.com
*Counsel for Plaintiff*                            *Counsel for Defendants Embassy Willow Park, LLC and Embassy Royal Oak, LLC*

                                                                  /s/ *Brent Silverman*
                                                                  BRENT SILVERMAN (0062859)
                                                                  PHILLIP CIANO (0066134)
                                                                  SARAH KATZ (0096863)
                                                                  Ciano & Goldwasser, L.L.P.
                                                                  28601 Chagrin Boulevard, Suite 250
                                                                  Cleveland, Ohio 44122
                                                                  Tel: (216) 658-9900
                                                                  Fax: (216) 658-9920
                                                                  bss@c-g-law.com
                                                                  *Counsel for Defendant Minute Men Select, Inc.*

1