The Court approves the stipulated dismissal with prejudice
*s/ James S. Gwin*
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TERESA COLE | ) | CASE NO. 1:21-cv-00302-JG |
| | ) | |
| Plaintiff, | ) | JUDGE JAMES S. GWIN |
| | ) | |
| v. | ) | |
| | ) | |
| EMBASSY WILLOW PARK, LLC, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF STIPULATED DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own Clerk of Court costs.

/s/ Christopher M. Sams
Stephan I. Voudris, Esq.
Supreme Court No. 0055795
Christopher M. Sams, Esq.
Supreme Court No. 0093713
Voudris Law LLC
8401 Chagrin Road, Suite 8
Chagrin Falls, OH 44023
svoudris@voudrislaw.com
csams@voudrislaw.com
440-543-0670
440-543-0721 (fax)
*Counsel for Plaintiff*

/s/ Kristina Leach
KRISTINA LEACH (0099425) SALSBURY & SALSBURY, LPA
5611 Hudson Drive, Suite 400
Hudson, Ohio 44236
Phone: 330 655-5760
Fax: 330 655-0526
kleach@salsburylaw.com
*Counsel for Defendants Embassy Willow Park, LLC and Embassy Royal Oak, LLC*

/s/ Brent Silverman
BRENT SILVERMAN (0062859)
PHILLIP CIANO (0066134)
**Ciano & Goldwasser, L.L.P.**
28601 Chagrin Boulevard, Suite 250
Cleveland, Ohio 44122
Tel: (216) 658-9900
Fax: (216) 658-9920
bss@c-g-law.com
*Counsel for Defendant Minute Men Select, Inc.*